# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE (G.N.C.)<br><br>     Plaintiff<br><br>v.<br><br>Uniquest Delaware LLC, Brookwood Hospitality LLC, Embassy Suites Franchise LLC, Hilton Franchise Holding LLC, Park Hotels & Resorts, Inc., Hilton Domestic Operating Company Inc., Hilton Worldwide Holdings Inc., Vornado Realty Trust, Vornado Realty L.P., 401 Hotel L.P., 401 Hotel General Partner L.L.C., 401 Hotel TRS, Inc., 401 Hotel TRS LLC, 401 Hotel Management Company, L.L.C., Jai Bhole, Inc., and Rudra Management Inc.,<br><br>    Defendants. | CIVIL ACTION NO.1:23-cv-07980<br><br>**NOTICE OF MOTION**<br>**TO PROCEED UNDER PSEUDONYM**<br><br>*On an ex parte basis and without prejudice to defendants' right to move to modify this Order, The Court grants plaintiff's motion to proceed by pseudonym. SO ORDERED*<br><br>*USDJ*<br>*9-11-23* |

**PLEASE TAKE NOTICE** that Plaintiff, JANE DOE (G.N.C), through her undersigned

counsel, respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 26(c)(1) and

Federal Rule of Civil Procedure 5.2, to allow her to proceed in this matter under a pseudonym in

her Complaint and all public filings and proceedings in this action. The arguments in support of

this motion are set forth in the accompanying Memorandum of Law, which is incorporated

herein by reference.

Dated: New York, New York
       September 8, 2023

                                     Respectfully Submitted,

                                      **LOCKS LAW FIRM PLLC**

                                      By: */s/Anthony P. Mastroianni*
                                      Anthony P. Mastroianni
                                      622 Third Avenue, 7th Floor
                                      New York, New York 10017
                                      Tel: (212) 838-3333