

October 3, 2023

**VIA ECF**
Hon. P. Kevin Castel
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Doe v. Uniquest Delaware, LLC, et. al* – Case No.: 1:23-cv-7980-PKC

Dear Judge Castel:

*[Handwritten annotation: Extension of time granted but only to November 1, 2023. SO ORDERED. /s/ [Judge] USDJ 10-3-23]*

We are counsel for Defendant Brookwood Hospitality, LLC ("Brookwood") in the above matter. Please let this letter serve as Brookwood's request for an extension of time to respond to Plaintiff's Complaint through November 3, 2023.

In support of Brookwood's request, please be advised that Brookwood's current deadline to respond to the Complaint is October 5, 2023. This is Brookwood's first request for an extension of time. The reason for the request of an extension of time is that our office was just engaged by Brookwood and needs an extension of time in order to investigate and address the allegations in the Complaint. Given that the Court has scheduled the Rule 16 Case Management Conference for November 17, 2023, the proposed November 3, 2023 date complies with the Court's Rule that there be at least 14-days between Brookwood's date to respond to the Complaint and the Case Management Conference.

Pursuant to my communication with Plaintiff's counsel, Plaintiff has no objection to this request.

Thank you for your courtesy and cooperation in this matter.

Very truly yours,

LIPPES MATHIAS LLP

/s *Brendan H. Little*

Brendan H. Little

BHL/bmo

Brendan H. Little   |   Partner   |   blittle@lippes.com

50 Fountain Plaza, Suite 1700, Buffalo, NY 14202   Phone: 716.853.5100   Fax: 716.853.5199   lippes.com

New York: Albany, Buffalo, Long Island, New York City, Rochester  //  Florida: Jacksonville  //  Illinois: Chicago
Ontario: Greater Toronto Area  //  Texas: San Antonio  //  Washington, D.C.