BRITTANY L. PRIMAVERA
BPRIMAVERA@GORDONREES.COM

Time for all defendants to answer or move extended
to December 13, 2023  The conference scheduled
for November 17, 2023 is adjourned to January 8, 2024
at 11:00 a.m.  Dial-In No.:  1-888-363-4749,
Access Code:  3667981.
SO ORDERED.
Dated:  11/7/2023

P. Kevin Castel
United States District Judge

**GORDON&REES**
SCULLY MANSUKHANI

ATTORNEYS AT LAW
1 BATTERY PARK PLAZA
28TH FLOOR
NEW YORK, NY 10004
PHONE: (212) 269-5500
FAX: (212) 269-5505
WWW.GORDONREES.COM

November 3, 2023

**VIA ECF**
Hon. P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:  *Jane Doe (G.N.C. v. Uniquest Delaware LLC, et al.)*
>       **Docket No. 1:23-cv-07980-PKC**

Your Honor:

We write with the consent of all counsel, pursuant to Your Honor's Individual Practice Rule 1.B. Defendant Uniquest Delaware, LLC ("Uniquest") has recently retained the undersigned counsel of Gordon Rees Scully Mansukhani, LLP to serve as incoming counsel in the above-referenced matter. Defendants' current deadline to respond to the Amended Complaint is November 13, 2023.

Pursuant to Your Honor's Individual Practice Rules, Uniquest respectfully requests a 30-day extension of time for all Defendants to respond to the Complaint to December 13, 2023 and an adjournment of the Initial Conference to December 27, 2023. Uniquest submits that the requested extension of time is necessary for Uniquest's new counsel to become familiar with the allegations and underlying facts so as to properly respond to the Complaint. This constitutes our firm's first request for an extension of time in this matter.

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Brittany L. Primavera*

Brittany L. Primavera