UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

Jane Doe (G.N.C.),

                        Plaintiff,

    v.

Uniquest Hospitality, LLC, Jai Bhole, Inc.,
and Rudra MGMT, Inc.,

                        Defendants.

_____

23 Civ. 7980 (PKC)

INITIAL PRETRIAL CONFERENCE

CASTEL, United States District Judge.

       Plaintiff and Defendants, Uniquest Hospitality, LLC, Jai Bhole, Inc., and Rudra MGMT, Inc. shall submit a proposed Case Management Plan by October 18, 2024.

       SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       October 3, 2024