UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

JANE DOE (G.N.C.),

        Plaintiff,                        23-cv-7980(PKC)

                                      ORDER

    -against-

UNIQUEST DELAWARE, LLC, et al.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

        Mediation before an experienced mediator is offered to parties without charge by the Court as an integral part of the judicial process. See Rule 16(a)(5), Fed. R. Civ. P. The Court raised the subject of an "early" mediation at the September 5, 2025 conference and, indeed, my contemporaneous notes reflect that the parties were agreeable to the October 15 mediation date with the understanding that the mediator would be empowered to adjust the date by up to seven days.[1] On the basis of the discussion with the parties, I issued the Order of Reference on September 5, 2025, and, on September 16, 2025, a volunteer mediator was appointed by the Mediation Office.

        With the mediation set for Wednesday, October 15, the parties advised the mediator on Friday, October 17, 2025 that they wished to adjourn the mediation. No application was made to this Court prior to the scheduled mediation to move it to mid-December or later. If the parties had a change of heart and did not want a mediation until after the close of fact discovery, the parties could have asked the Court to vacate or modify the Order within weeks of its issuance and before efforts were made to secure and appoint a mediator.

---

[1] The word "early" is in quotes because this action has been pending for more than two years.

For the information of the parties, the Court issued no order seeking a status report on mediation; it was a Minute Entry of the Mediation Office. If the parties thought that the Court had asked for a status report (as they apparently did), the October 16, 2025 joint letter is a very poor and uninformative report.

With apologies to the experienced Mediator and to the Mediation Office for wasting their time, the Order of Reference (ECF 169) is VACATED.

SO ORDERED.

Dated: New York, NY
October 17, 2025.

P. Kevin Castel
United States District Judge